UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yasmin Peralta

Case No.: 17-26591

Hearing Date: February 13, 2019

Judge: Kathryn C. Ferguson

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

ORDER DENYING OBJECTION
TO NOTICE OF FUNDS ON HAND

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 19, 2019

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 15_____, 20 _19_ by _Albert Russo_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*